UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLEG BRYZZHEV,

                        Plaintiff,

        v.

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

                        Defendant.

Case No. C24-1040-JNW

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

Dated this 25th day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1