*Pro Se 1 2022*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CASE NO. _____
[to be filled in by Clerk's Office]

Plaintiff(s),

v.

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes   ☐ No

Defendant(s).

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                    _____

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

*Pro Se 1 2022*

B.     Defendant(s)

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

    Defendant No. 1

        Name                          _____
        Job or Title *(if known)*     _____
        Street Address                _____
        City and County               _____
        State and Zip Code            _____
        Telephone Number              _____

    Defendant No. 2

        Name                          _____
        Job or Title *(if known)*     _____
        Street Address                _____
        City and County               _____
        State and Zip Code            _____
        Telephone Number              _____

    Defendant No. 3

        Name                          _____
        Job or Title *(if known)*     _____
        Street Address                _____
        City and County               _____
        State and Zip Code            _____
        Telephone Number              _____

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*select all that apply*)

☐  Federal question:
  If checked complete section A.

☐  Diversity of citizenship:
  If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

*Pro Se 1 2022*

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

        1.      The Plaintiff(s)

                a.   If the plaintiff is an individual.

        The plaintiff (*name*) _____, is a citizen of the

State of (*name*) _____.

                b.   If the plaintiff is a corporation.

        The plaintiff, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

        2.      The Defendant(s)

                a.   If the defendant is an individual.

        The defendant, (*name*) _____, is a citizen of the

State of (*name*) _____. Or is a citizen of

(*foreign nation*) _____.

                b.   If the defendant is a corporation.

        The defendant, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

        Or is incorporated under the laws of (*foreign nation*) _____,

and has its principal place of business in (*name*)_____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2022*

3.      The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

## III.      STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

## IV.      RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

## V.      CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2022*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

identified, will likely have evidentiary support after a reasonable opportunity for further

investigation or discovery; and (4) the complaint otherwise complies with the requirements of

Rule 11.

       I agree to provide the Clerk's Office with any changes to my address where case-related

papers may be served. I understand that my failure to keep a current address on file with the

Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff    _____

Printed Name of Plaintiff  _____


Date of signing:

Signature of Plaintiff    _____

Printed Name of Plaintiff  _____


Date of signing:

Signature of Plaintiff    _____

Printed Name of Plaintiff  _____

COMPLAINT FOR A CIVIL CASE - 6

## Plaintiff's Memorandum of Facts and Arguments

### Part 1 Facts
*Part1.2 facts relevant to this particular case*

1. Oleg Bryzzhev, (hereinafter referred to as Plaintiff) requested a membership in the Trusted Travel Program (Nexus) on August 20th, 2020.

2. On June 6, 2023, Plaintiff was interviewed at the Blaine Enrollment Center. Plaintiff crossed the Canadian-US border two times on June 6, 2023, during the round trip to the Blaine Enrollment Center. At the border checkpoint, Plaintiff used to provide the following documents:

a. World Passport XXXX № XXXXX as a travel document;

b. Citizenship Certificate K № XXXXX, issued by the Canadian government on February Xth, XXXX;

c. BC Driver Licence № XXXXXX.

All documents have been carefully and repeatedly checked by CBSA and CBP. There were no problems with the documents.

3. Plaintiff used a World Passport in Canada a number of times when he would have opened bank accounts (the last time he used this passport was in the Bank of Monreal), in the ICBC office as a piece of ID, in the notary office in the US, and in the court registry when he affirmed affidavits.

4. At the Blaine Enrollment Center, one of the officers was initially filled with bias towards the World Passport. He put it down; he was shaking it, and he repeated with prejudice and malevolence that this passport was invalid neither in Canada nor in the USA.

5. The denial notification of membership dated June 7th, 2023 was received: "We regret to inform you that your membership in Nexus has been disapproved for the following reason(s): you do not meet program eligibility requirements." The denial notification did not specify any specific reasons for the refusal - the notification contained only general phrases.

6. On November 3rd, 2023, a review of your membership by the CBP Ombudsman was completed: "Based on the information you provided, it has been determined that no change is warranted at this time. If you do not know why you were denied, then you will need to submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws."

1

7.   As it was recommended, two requests with SecureRelease CBP-FO-2024-016371 dated November 5th, 2023, and № CBP-FO-2024-056178 dated July 2nd, 2024, were created. After nine months of bureaucratic procrastination, the information containing the reasons for the denial was released on **May 16th, 2024**:

    a.   "Plaintiff presented a fantasy document to CBP during primary inspection at the POE on 6/2/23;

    b.   Plaintiff is inadmissible to the US, 6C.

    c.   Plaintiff presented a fraudulent world passport (World Government of World Citizens) № 358914;

    d.   Plaintiff had never crossed the border before.

8.   The World Service Authority issued "the fraudulent fantasy document" that is located in Washington, DC, 20005 5 Thomas Circle, NW Tel: (202) 638-2662 Fax: (202) 638-0638 E-mail:info@worldcitizengov.org and World Judicial Commission were contacted immediately, and all the official documents issued by Homeland Security, CBP and CBSA with accusations of manufacturing and presenting "fraudulent passports" were filed on **May 16th, 2024**.

9.   **On June 11th, 2024**, the official response from the legal department of the World Service Authority, signed by Associate General Counsel Cassidy Callan, to the accusations was received. The given response is part of the complaint.

10.  Plaintiff made a civil rights complaint (OMB Control № 1601-0035) with the Office for Civil Rights and Civil Liberties under the U.S. Department of Homeland Security. **On June 17, 2024**, the response was received: "After carefully reviewing the information you provided, CRCL has recorded it in our database. This will allow us to track the issues you raised in order to identify potential patterns of civil rights or civil liberties allegations within our jurisdiction. Accordingly, CRCL will take no further action on the information you provided at this time. CRCL is not able to obtain any legal remedies or damages on your behalf. Instead, we use information in correspondence like yours to find and address problems in DHS policy and its implementation."

1.   **On June 9th, 2024**, the complaint was submitted via the CBP complaint line (case reference number: 240609-6544586). **On June 21st, 2024**, Plaintiff requested the response by phone. He discussed the issue of the complaint with the supervisor of the complaint line. The supervisor suddenly changed the version. He didn't insist that World Passport should have been "fraudulent and fantasy," but he affirmed that World Passport was invalid in the USA, the decision was final, there were no options to dispute the decision with CBP, and the complaint would be closed.

2.  Plaintiff has exhausted all the options to resolve the issue with Defendant. The date of the last response was **June 21st, 2024**

## *Part1.2 facts confirming the validity of World Passport*

1.  As of October 2023, 189 countries have reportedly accepted World Passports on a "de facto," case-by-case basis, and, at one time or another, on an explicit, legal, or "de jure" basis, World Passports were accepted by Burkina Faso, Ecuador, Mauritania, Tanzania, Togo, and Zambia. However, Burkina Faso withdrew its de jure recognition of World Passports in 1992, and Zambia has also reportedly withdrawn its recognition according to Article 13 Section 1 of the UDHR. Recognition on a "de facto" basis means stamping a national visa and/or entry/exit stamp. No national government returned or rejected the document.

2.  More than 750 000 members using World Passport are actually registered at the International Registry of World Citizens in Paris. After The first official World Government document, the World Passport, was printed and issued beginning in June 1954. Sample copies were addressed to all national governments, to the High Commissioner for Refugees, to the U.S. Federal Bureau of Investigation, to the Security Division, to the United Nations Secretariat, and to the International Federation of Travel Agents. The World Service Authority's central office is in Basel, Switzerland. It was organized as a non-profit association under Swiss Civil Code 60 ss. World Service Authority District II has offices in London and World Service Authority District III in Washington, D.C. The latter was organized as a non-profit corporation in the District of Columbia. The purpose is to realize fundamental human rights as outlined in U.D.H.R. and to provide documentation services, including World Passport, for world citizens corresponding to the articles of U.D.H.R.

## Part 2 Analysis

1.  The right of existence of the World Service Authority and the right to issue world passports are guaranteed by the following regulations: Article 20(1), Article 15(2), 21(3), Articles 55 and 56 of the U.N. Charter, Articles 1 and 5 of ICCPR, and Article 100 of the United Nations Charter.

2.  Article 100.2 of the United Nations Charter undertakes to respect the exclusively international character of the responsibilities of the Secretary-General and the staff and not seek to influence them in the discharge of their responsibilities.

3.  Article 100.1 stipulates the independence and impartiality of the secretary-general and other staff members, stating that they "shall not seek or receive instructions from any government

or from any other [external] authority." Similarly, it requires the member states to "respect the exclusively international character of [the staff's] responsibilities" and to refrain from seeking to influence them.

4. The USA and Canada were members of the United Nations in 1945, so the provisions of Article 100 are fully applicable to the officialdom of both countries, including CBSA and CBP.

5. Articles 15(2) and 21(3) of the UDHR, Articles 55 and 56 of the U.N. Charter, and Articles 1 and 5 of the ICCPR sanction the right of the individual to choose his or her government.

6. Plaintiff declared himself both a Canadian citizen and a World Wide Citizen when he provided a package of legal documents containing a World Passport at the Blaine Enrollment Center on June 6, 2023, in accordance with Article 15(2) of the UDHR, Articles 55 and 56 of the U.N. Charter, and Articles 1 and 5 of the ICCPR. All the governmental officials, including CBP and CBSA officials, are obliged to respect the Plaintiff's declaration as a World Wide Citizen and accordingly the use of a passport as a travel document and an identity card in conjunction with other official documents issued by the Government of Canada.

7. When the individual politically bypasses the nation-state in a unilateral exercise of his or her innate sovereignty, she or he is acting ipso facto as a citizen of the world. Further, she or he is incorporating the universal and unitive principles of world government just as the local and/or national citizen incorporates the principles of his or her locality and/or nation.

8. The unsubstantiated and insulting statement of CBP and CBSA officials that "Plaintiff presented a fraudulent world passport (World Government of World Citizens) № 358914. Plaintiff presented a fantasy document to CBP during primary inspection at the POE on 6/2/23. Plaintiff is inadmissible to the US" violates Articles 15(2) and 21(3) of the UDHR, Articles 55 and 56 of the U.N. Charter, Articles 1 and 5 of the ICCPR and Article 100 of the United Nations Charter both in relation to Plaintiff and in relation to the World Service Authority.

9. SCBPO officials accuse the World Service Authority in the official document of making and distributing "fraudulent, fantasy passports," which is an indictable offense under Section 57.1(1) of the Criminal Code of Canada: "Forgery of or uttering a forged passport." CBP officials accuse Plaintiff in the official document in using, dealing with, or acting on a "fraudulent, fantasy passport."

10. The World Wide Passport was reviewed by SCBPO. It is unlikely that officials made the statement that Plaintiff used "the fraudulent, fantasy passport" out of incompetence. It seems incredible that officials of such high rank could not understand the legality of the World Passport. It should have been obvious to the officials that if Plaintiff tried to cross the border on the basis of an illegal passport, the passport and its owner would have been detained, and an investigation would have been launched. Moreover, the passport is machine-readable, and

the authenticity of the passport could be easily verified, which had been done many times before.

11. The Denial Notification signed by the supervisor of the Nexus Enrollment Center and the Ombudsman's Review don't contain straightforward information about the reasons for denial - they contain general phrases and a link to Secure Release. The given facts indicate that SCBPO officials clearly understood that world passports were legal; they understood the absurdity of the statement that "Plaintiff presented a fraudulent world passport." Realizing all these facts, they deliberately created red tape under pretext of taking care of the security of Plaintiff's personal data in order to make it difficult to appeal their actions. As a result of such actions, the delay in the appeal amounted to 9 months.

12. SCBPO officials made the claim of making and distributing "fraudulent, fantasy passports" about the World Wide Service and of using "fraudulent, fantasy passports" about Plaintiff, which is a serious indictable offence and untrue. Thus, in the actions of officials, there are signs of the corpus delicti provided for in Article 140(1.c) of the Criminal Code of Canada (false accusation).

13. Plaintiff is a class 1 driver. He needs Nexus and Fast cards, not only for personal purposes. The actions of SCBPO officials limited the Plaintiff's right to work, so Article 23(1) of UDHR is violated in relation to Plaintiff.

14. Therefore, SCBPO officials failed to observe a principle of natural justice, procedural fairness, or other procedure that it was required by law to observe. They based their decision on an erroneous finding of fact that it was made in a perverse or capricious manner or without regard for the material before them; they acted by reason of perjured evidence in relation to the World Service Authority and Plaintiff.

15. On August 20, 2020, the fee was paid in the amount of $50 (Payment Tracking ID 34738090) for the application. Plaintiff experienced the false accusation that "[he] presented a fraudulent world passport" and the violation of Articles 15(2) and 21(3) of the UDHR, Articles 55 and 56 of the U.N. Charter, Articles 1 and 5 of the ICCPR, and Article 100 of the United Nations Charter. In accordance with the Service Fees Act (*Service Fees Act S.C. 2017, c. 20, s. 451)*, the service provided by the Nexus Program doesn't meet the performance standard. Moreover, governmental service (in this case, the Nexus program) was substituted by false accusations, violations of basic human rights, and significant delays. There is a legal basis for refunding fees paid for an unproven service for the false accusation and violation of basic human rights that Plaintiff was exposed to.

16. The claimed financial detriment in the amount of 3000$ relied on Plaintiff includes:

    16.1.    $50 of service fee;

16.2.    compensation of time and efforts spent on preparation of documents for filing in court;

16.3.    compensation of financial expenses necessary for arrival in Seattle, departures from Seattle and short-term accommodation for the purpose of attending a court hearing;

16.4.    partial compensation for employment restrictions caused by exclusion from membership in Trusted Travel Program (TTP);

16.5.    compensation for moral damage caused by the false accusation of providing "fraudulent, fantasy passport" and exclusion from membership in TTP.


## Part 3 Relief Sought

1. Order to recognize the World Passport as a valid travel document and identification card;

2. Recognize the actions of SCBPO officials as violating the basic provisions of Articles 15(2) and 21(3) of the UDHR, Articles 55 and 56 of the U.N. Charter, Articles 1 and 5 of the ICCPR, Article 100 of the United Nations Charter, and The United States' Obligation to Respect the Right to Identification and to Recognize the World Passport;

3. Order to restore the Plaintiff's membership in the Trusted Travel Program;

4. Oder to reopen the Plaintiff's application for Nexus Program;

5. Order to refund the amount of $3000 as the prepaid service doesn't meet the performance standard and Defendant relied significant financial detriment on Plaintiff.


## Part4 Law and Regulation

### *Universal Declaration of Human Rights (UDHR)*

1. Article 6
1.1. Everyone has the right to recognition everywhere as a person before the law.
2. Article 13
2.1. Everyone has the right to freedom of movement and residence within the borders of each state.
2.2. Everyone has the right to leave any country, including his own, and to return to his country.
3. Article 15
3.1. Everyone has the right to a nationality.
3.2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.
4. Article 20(1)
4.1. Everyone has the right to freedom of peaceful assembly and association.
5. Article 21(3)
5.1. The will of the people shall be the basis of the authority of government; this will be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.
6. Article 23(1)

      6.1. Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.

7. Article 28

      7.1. Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

8. Article 30

      Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

## *International Covenant of Civil and Political Rights (ICCPR)*

1. Article 1, Part 1

      1.1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

2. Article 5

      2.2. There shall be no restriction upon or derogation from any of the fundamental human rights recognized or existing in any State Party to the present Covenant pursuant to law, conventions, regulations or custom on the pretext that the present Covenant does not recognize such rights or that it recognizes them to a lesser extent.

## *United Nation Charter*

1. Article 55

      With a view to the creation of conditions of stability and well-being which are necessary for peaceful and friendly relations among nations based on respect for the principle of equal rights and self-determination of peoples, the United Nations shall promote:

        a. higher standards of living, full employment, and conditions of economic and social progress and development;

        b. solutions of international economic, social, health, and related problems; and international cultural and educational cooperation;

        c. and universal respect for, and observance of, human rights and fundamental freedoms for all without distinction as to race, sex, language, or religion.

2. Article 56

      2.1. All Members pledge themselves to take joint and separate action in co-operation with the Organization for the achievement of the purposes set forth in Article 55.

3. Article 100

      3.1. In the performance of their duties the Secretary-General and the staff shall not seek or receive instructions from any government or from any other authority external to the Organization. They shall refrain from any action which might reflect on their position as international officials responsible only to the Organization.

      3.2. Each Member of the United Nations undertakes to respect the exclusively international character of the responsibilities of the Secretary-General and the staff and not to seek to influence them in the discharge of their responsibilities.

4. **The American Convention on Human Rights**
*(Signed by the United States on 1 June 1977, binding under customary international law)*

      4.1. The Preamble affirms that "the essential rights of man are not derived from one's being a national of a certain state, but are based upon attributes of the human personality, and that they therefore justify international protection in the form of a convention reinforcing or complementing the protection provided by the domestic law of the American states."

      4.2. Article 3 states: "Every person has the right to recognition as a person before the law."

      4.3. Article 22 Section (1) and (2) state: "Every person lawfully in the territory of a State Party has the right to move about in it, and to reside in it subject to the provisions of the law." and "Every person has the right to leave any country freely, including his own."

5. **American Declaration of the Rights and Duties of Man**
*(Adopted by the Organization of American States in 1948, the American Declaration of the Rights and Duties of Man is binding on the United States under customary international law)*

    5.1. The Preamble states: "The American States have on repeated occasions recognized that the essential rights of man are not derived from the fact that he is a national of a certain State, but are based upon attributes of his human personality…The international protection of the rights of man should be the principal guide of an evolving American law."

    5.2. Article II states: "All persons are equal before the law and have the rights and duties established in this Declaration, without distinction as to race, sex, language, creed, or any other factor."

    5.3. Article XVII states: "Every person has the right to be recognized everywhere as a person having rights and obligations, and to enjoy the basic civil rights."

6. **Constitution of the United States of America**
*(Ratified on 21 June 1788, and last revised on 7 May 1992)*

    6.1. Article VI of the US Constitution reaffirms the obligation of the United States Government to uphold the aforementioned treaties and law. It states: "All treaties made, or which shall be made under the Authority of the United States, shall be the supreme Law of the Land…"

    6.2. The Ninth Amendment to the US Constitution states: "The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people." One of these unenumerated rights is the right to identify oneself as a human being/world citizen and to identify oneself and claim one's rights with documentation to that effect, i.e., the world documents.

## *Other Regulatory Acts*

1.      Article 57(1) of Criminal Code of Canada Forgery of or uttering forged passport

57(1) Every one who, while in or out of Canada,

o      a) forges a passport, or

o      b) knowing that a passport is forged

▪      i) uses, deals with or acts on it, or

▪      ii) causes or attempts to cause any person to use, deal with or act on it, as if the passport were genuine,

is guilty of an indictable offence and liable to imprisonment for a term not exceeding fourteen years. (Criminal Code (R.S.C., 1985, c. C-46)

Article 140(1.c) Every one commits public mischief who, with intent to mislead, causes a peace officer to enter on or continue an investigation by reporting that an offence has been committed when it has not been committed. (Criminal Code (R.S.C., 1985, c. C-46)

X _____

O. Bryzzhev
Plaintiff

# WORLD SERVICE AUTHORITY® 

### Founded in 1954 to implement universal human rights

**WORLD OFFICE**
5 Thomas Circle, NW
Washington, DC 20005
Tel: (202) 638-2662

info@worldcitizengov.org
www.worldcitizengov.org

**ADMINISTRATION**
David Gallup, President
WORLD CITIZEN GOVERNMENT
Garry Davis, Founder

World Service Authority on behalf of
Oleg Bryzzhev

11 June 2024

To Whom It May Concern,

The World Service Authority (WSA) confirms that Oleg Bryzzhev is an authorized holder of the World Passport, numbered 358914 and issued on 1 October 2021 at the WSA World Office in Washington, DC. Oleg Bryzzhev presents his World Passport in support of his innate and unalienable rights to identification and freedom of travel. According to your obligations under international law and national constitutional law, you are required to uphold Oleg Bryzzhev's fundamental rights, upon his presentation of his World Passport at consulates, embassies, frontier posts, border stations, customs stations, airports, seaports, and immigration ministries within your jurisdiction.

Mr. Bryzzhev reports that he faced prejudiced behavior at the Blaine Enrollment Center, where his World Passport was incorrectly deemed invalid and fraudulent. Mr. Bryzzhev requested membership in the Trusted Travel Program (Nexus) and was interviewed at the Blaine Enrollment Center, where he presented his World Passport, a Citizenship Certificate issued by the Canadian government, and his Canadian driver's license. An officer at the Blaine Enrollment Center communicated his bias against Mr. Bryzzhev's right to identification and his World Passport. On 7 June 2023, Mr. Bryzzhev received a notification that his Nexus membership was denied and did not contain any specific reasons why. A CBP Ombudsman review on 3 November 2023 and subsequent FOIA requests revealed that his denial resulted from presenting a so-called "fantasy" document and that his World Passport was considered inadmissible in the U.S. despite Mr. Bryzzhev's travel to and from Canada and to the USA with his World Passport.

The World Passport is a valid and legal document affirming the human right to freedom of movement. Originally issued along the lines of the Nansen and International Refugee Organization passports, as a neutral, global identification and travel document for stateless persons, refugees, and victims of political, social, and economic discrimination, the World Passport is now issued to the general public, mandated by Articles 6 and 13, Sections (1) and (2), of the Universal Declaration of Human Rights. The World Service Authority has issued millions of travel and identification documents to individuals throughout the world since 1954.

The World Passport derives its customary international law validity from the de jure and de facto recognition of the passport. The World Passport has been accepted de jure (officially) by 6 countries (Burkina Faso, Ecuador, Mauritania, Tanzania, Togo, and Zambia) and has been accepted on a de facto (case-by-case) basis by more than 185 countries. The passport also derives its international human rights law basis from documents that further affirm the right to freedom of travel such as the 1951 Convention and 1967 Protocol Relating to the Status of Refugees, the International Covenant on Civil and Political Rights, and other regional and multilateral agreements, to which all governments are bound either under treaty law or customary international law.

As a Member-State of the United Nations, the United States of America is bound to "promote universal respect for, and observance of, human rights and fundamental freedoms for all without distinction as to race, sex, language, or religion" based on Article 55 of the United Nations Charter. Furthermore, under Article 56 of the UN Charter, "All Member-States pledge themselves to take joint and separate action in cooperation with the Organization for the achievement of the purposes set forth in Article 55." Specifically, the failure to recognize the World Passport is a violation of Article 13, Sections (1) and (2), of the Universal Declaration, which states: "Everyone has the right to freedom of movement and

World Service Authority and the human-embracing-the-globe logo are service marks or registered service marks of the World Service Authority (WSA) throughout the world.    Printed on Recycled Paper

residence within the borders of each state" and "Everyone has the right to leave any country, including his own, and to return to his country" and Article 12(2) of the International Covenant on Civil and Political Rights, which states: "Everyone shall be free to leave any country, including his own." Please see the addendum below for additional international and national laws that require your Government to recognize the World Passport.

We expect that representatives of the Government of the United States of America will affirm the innate and unalienable rights of freedom of movement and identification of travelers carrying the World Passport, such as Oleg Bryzzhev. We also expect these officials to be properly trained to understand the validity and acceptance of the World Passport in order to prevent issues regarding its recognition as legal documentation.

Please accept the assurances of our most respectful regards.



Cassidy Callan
Associate General Counsel

## ADDENDUM

## PART I

The following is a list of the human rights obligations of the Government of the United States regarding Oleg Bryzzhev.

### The United States' Obligation to Respect the Right to Identification and to Recognize the World Passport

The following declarations and treaties, which the United States has ratified, along with the United States' Constitution, obligate the Government of the United States to recognize the validity and legality of Mr. Bryzzhev's world documents and to respect the fundamental human rights of the aforementioned document holder, such as the right to identification. The following list of multilateral treaties and international conventions are not exhaustive and are not the only sources of obligation for the United States to recognize the validity and legality of the documents. The Government of the United States must respect the document holder's right to identification and travel using his world documents, no matter the "national origin" status with which he may be associated.

**Charter of the United Nations**
*(Signed in San Francisco on 26 June 1945 by United Nations member states)*
Member-States are required to uphold all human rights in treaties promulgated by the United Nations, including the UN Charter. Failure to uphold these treaties is illegal under international treaty law and customary international law. This requirement is outlined in the Charter of the United Nations.
- Article 55 states: Governmental Representatives are bound to "promote universal respect for, and observance of, human rights and fundamental freedoms for all without distinction as to race, sex, language or religion."
- Article 56 states: "All Member-States pledge themselves to take joint and separate action in cooperation with the Organization for the achievement of the purposes set forth in Article 55."

**Universal Declaration of Human Rights**
*(Adopted in Paris by the General Assembly of the United Nations on 10 December 1948)*
Member-States are required to uphold all human rights in declarations promulgated by the United Nations, including the Universal Declaration of Human Rights. Failure to uphold these declarations is illegal under customary international law. Articles 2, 6 and 13 of the Declaration require signatories to uphold fundamental human rights such as freedom of identification and travel.
- Article 2 states: "Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional

or international status of the country or territory to which a person belongs, whether it be independent, trust, nonself-governing or under any other limitation of sovereignty."

- Article 6 states: "Everyone has the right to recognition everywhere as a person before the law."
- Article 13 Section (1) states: "Everyone has the right to freedom of movement and residence within the borders of each state."
- Article 13 Section (2) states: "Everyone has the right to leave any country, including his own, and to return to his country.

## International Covenant on Civil and Political Rights
*(Ratified by the United States on 8 June 1992)*
As a party to the International Covenant on Civil and Political Rights, the government is obligated to respect the right of freedom of movement and identification.

- The Preamble states that: Signatories reaffirm their obligation: "under the Charter of the United Nations to promote universal respect for, and observance of, human rights and freedoms."
- Article 2(1) states that: "Each State Party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status."
- Article 12(1) states: "Everyone lawfully within the territory of a State, shall within that territory, have the right to liberty of movement and freedom to choose his residence."
- Article 12(2) states: "Everyone shall be free to leave any country, including his own."
- Article 16 states: "Everyone shall have the right to recognition everywhere as a person before the law."

## The American Convention on Human Rights
*(Signed by the United States on 1 June 1977, binding under customary international law)*

- The Preamble affirms that "the essential rights of man are not derived from one's being a national of a certain state, but are based upon attributes of the human personality, and that they therefore justify international protection in the form of a convention reinforcing or complementing the protection provided by the domestic law of the American states."
- Article 3 states: "Every person has the right to recognition as a person before the law."
- Article 22 Section (1) and (2) state: "Every person lawfully in the territory of a State Party has the right to move about in it, and to reside in it subject to the provisions of the law." and "Every person has the right to leave any country freely, including his own."

## American Declaration of the Rights and Duties of Man
*(Adopted by the Organization of American States in 1948, the American Declaration of the Rights and Duties of Man is binding on the United States under customary international law)*

- The Preamble states: "The American States have on repeated occasions recognized that the essential rights of man are not derived from the fact that he is a national of a certain State, but are based upon attributes of his human personality…The international protection of the rights of man should be the principal guide of an evolving American law."
- Article II states: "All persons are equal before the law and have the rights and duties established in this Declaration, without distinction as to race, sex, language, creed, or any other factor."
- Article XVII states: "Every person has the right to be recognized everywhere as a person having rights and obligations, and to enjoy the basic civil rights."

## Constitution of the United States of America
*(Ratified on 21 June 1788, and last revised on 7 May 1992)*

- Article VI of the US Constitution reaffirms the obligation of the United States Government to uphold the aforementioned treaties and law. It states: "All treaties made, or which shall be made under the Authority of the United States, shall be the supreme Law of the Land…"
- The Ninth Amendment to the US Constitution states: "The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people." One of these unenumerated rights is the right to identify oneself as a human being/world citizen and to identify oneself and claim one's rights with documentation to that effect, i.e., the world documents.

## PART II

Should the Government of the United States make a negative determination contravening the above-mentioned treaties and customary international law, we expect that the Government will provide written proof, based on the Government's national laws or statutes, that it does not recognize the World Passport. Without reference to a specific law, please be advised that whatever a government does not expressly prohibit, it implicitly allows. With this in mind, the WSA requests that the United States' Government support a failure to recognize the legitimacy of the World Passport by providing legal proof that national statutes, national immigration laws, or the Constitution prohibit the Government from recognizing specifically the World Passport.

Even if the Government could cite a national law to support a refusal to officially recognize the World Passport, the Government must then be able to legally explain how that law conforms to the Government's duty to uphold fundamental human rights according to the United Nations Charter, the Universal Declaration of Human Rights, the International Covenant on Civil and Political Rights, the American Convention on Human Rights, the American Declaration of the Rights and Duties of Man, and the Constitution of the United States.

Furthermore, we are not aware of any definition of the term "passport" and "competent authority" anywhere in the Foreign Affairs Manual or the Immigration and Nationality Act that excludes specifically the World Passport. INA Section 101 (a)(30) states: "The term 'passport' means any travel document issued by competent authority showing the bearer's origin, identity, and nationality if any, which is valid for the admission of the bearer into a foreign country." However, it fails to define what a "competent authority" is for the purposes of recognizing the World Service Authority as a legitimate issuing authority of world documents.

The World Passport affirms the right of identification and the WSA is a competent issuing authority because the passport clearly indicates the bearer's origin, identity, and nationality or political allegiance (world citizenship).

The bearer's world citizenship status is identified on the passport as it is issued by the World Citizen Government's administrative branch, the World Service Authority. Additionally, one's nationality is irrelevant to one's right to travel.

Moreover, the U.S. Government has on many occasions on a de facto basis recognized the World Passport by placing immigration, entry, and exit stamps in World Passports. This recognition confirms the U.S. Government's on-going acceptance of the World Service Authority as a competent authority.

Because the US Constitution under Article VI, affirms that "all treaties made, or which shall be made under the Authority of the United States, shall be the supreme Law of the Land…", any foreign affairs manual or immigration laws notwithstanding, the U.S. Government, therefore, is obliged to uphold the human rights upon which the World Passport based and, in turn, the World Passport.

Consequently, the Government of the United States is obliged to uphold Oleg Bryzzhev's right to identification and travel with his World Passport and to respect his fundamental human rights.

## PART III

### Information on the World Service Authority

The World Service Authority is the administrative branch of the World Citizen Government, founded in 1953. World Service Authority was originally founded in 1954 in New York to provide educational and documentary support to individuals around the world who register legally and politically as World Citizens.

The name World Service Authority and WSA's human-embracing-the-globe logo are service marks or registered service marks of World Service Authority throughout the world. These marks have been officially registered with the U.S. Patent and Trademark Office since 1996.

As part of its documentation services, World Service Authority issues documents such as the World Passport, World Identity Card, the World Birth Card and Certificate, the World Citizen Registration Card and Certificate, the World Political Asylum Card, the International Exit Visa, and the International Residence Permit based upon articles of the Universal Declaration of Human Rights (UDHR), a United Nations document.

The WSA's Documentation Services Department issues documents of global identification and travel for individuals to help exercise their rights under globally recognized human rights principles and international legal instruments. Applicants must sign their application form, swearing that the information on their form is true and correct, assuming full responsibility for the documents issued to them, and affirming their understanding that there is no guarantee that the documents will be accepted by states. Applicants are required to certify their application form by standard methods such as notarization, copy of a valid ID or fingerprint. The passport adheres to the global standards set by the International Civil Aviation Organization (ICAO) for machine-readable passports, and a sample passport has been filed with ICAO in 2006 when the machine-readable version of the passport was first issued.

### Several Examples of Recognition of the World Passport
### by the United States Government
























GLOBAL ENROLLMENT SYSTEM (GES)

Welcome | Search | Administration
Text Only



**Summary**

Help
Logout

**Traveler Menu**
Summary
Request List

**(b)(7)(E)**

**PASSID:**        **Name:** BRYZZHEV, OLEG OLEGOVICH        **DOB:**

Review Biographic comments

| Show All | Biographic | Other ID | Address | Employment | Document |
|---|---|---|---|---|---|
| Conveyance | Request | RFID | Travel History | APEC | Comment |
| Attachment | CTTP Card | Parents Info | RAW | | |

**Biographic**                                                                Biographic Detail

Captured: 02 Jun 2023

Image Capture

PASSID:
GOES User ID:                                    GEC Number:

First Name:        OLEG            Birth Date:        16 S
Middle Name:       OLEGOVICH       Gender:            Male
Last Name:         BRYZZHEV        Height:            5 ft.
Maternal Name:                     Eye Color:         Haze
Other Last Names:                  Hair Color:
Other First Names:

Birth Country:     RUSSIAN         Fingerprint Capture Date:    02 J
                   FEDERATION
Birth City:        Leningrad       Canada Iris Capture Date:
Birth State/Province:              Canada Iris Not Captured Date:

Primary Citizenship: RUSSIAN       APEC Eligible:
                     FEDERATION
Other Citizenship:                 TSA Hazmat:        NO

Primary Residence: CANADA          E-mail Address:    mum
Residency Status:  CANADA          Language Preference:   Engl

**Other ID**

GOES USER ID:
GEC NUMBER:
FAST NORTH ID:
FAST SOUTH ID:
FLUX ID:
MEXICO PVC MEMBERSHIP NO.:
MEXICO CURP NO.:
MEXICO RFC NUMBER - OWN:
MEXICO RFC NUMBER - OTHER:

GERMANY ABG MEMBERSHIP NO.:

QATAR NATIONAL ID:

SAUDI ARABIA NATIONAL ID:

UK ACCESS CODE:

COLOMBIA NATIONAL ID:

SINGAPORE NATIONAL REGISTRATION ID:

ISRAEL IDENTITY NO.:

ARGENTINA NATIONAL ID:

TAIWAN NATIONAL ID:

NETHERLAND NATIONAL NUMBER:

BRAZIL CPF NUMBER:

DOMINICAN CEDULA NUMBER:

## Address                                                  Address List

**Main resident address**
**Name:**
**Effective Date:**      Dec 2016 - Present
**Street:**

| | | |
|---|---|---|
| **City:** | | **State/Province:** BRITISH COLUMBIA |
| **Country:** | | **Postal Code:** V6G2X9 |
| **Colonia/Neighborhood:** | | |
| **Cell Phone Number:** | | |

**Main resident address**
**Name:**
**Effective Date:**      Nov 2014 - Dec 2016
**Street:**

| | | |
|---|---|---|
| **City:** | Vancouver | **State/Province:** BRITISH COLUMBIA |
| **Country:** | CANADA | **Postal Code:** V6A4K9 |
| **Colonia/Neighborhood:** | | |

## Employment                                              Employment List

| | | |
|---|---|---|
| **Employment Status:** | Self Employed | **Occupation:** Driver |
| **Name:** | TSOA fleet Ltd. | |
| **Date:** | Sep 2018 - Present | |
| **Street:** | 4 Robert Speck Parkway Office 1523 | |
| **City:** | Mississauga | **State/Province:** ONTARIO |
| **Country:** | CANADA | **Postal Code:** L4Z1S1 |
| **Colonia/Neighborhood:** | | |
| **Phone Number:** | (N) 905 8876065 | |
| **Employment Description:** | | |

| | | |
|---|---|---|
| **Employment Status:** | Student | **Occupation:** |
| **Name:** | | |
| **Date:** | Aug 2015 - Present | |
| **Street:** | | |
| **City:** | | **State/Province:** |
| **Country:** | | **Postal Code:** |
| **Colonia/Neighborhood:** | | |

**Phone Number:**
**Employment**
**Description:**

**Document**                                                    <u>Document List</u>

| | | | |
|---|---|---|---|
| **Type:** | Birth Document | **Document Number:** | |
| **Issue Date:** | | **Expiration Date:** | |
| **First Name:** | OLEG | **Birth Date:** | |
| **Middle Name:** | OLEGOVICH | | |
| **Last Name:** | BRYZZHEV | | |
| **Maternal Name:** | | | |
| **Issue Country:** | RUSSIAN FEDERATION | | |
| **City Name:** | | **State/Province:** | |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | | **Registry Group:** | |
| **Proof of Admissibility:** | YES | **Proof of Citizenship:** | YES |
| **Proof of Residency:** | NO | **Proof Country:** | RUSSIAN FEDERATION |
| **Document Name:** | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |

| | | | |
|---|---|---|---|
| **Type:** | Permanent Resident Card | **Document Number:** | |
| **Issue Date:** | | **Expiration Date:** | |
| **First Name:** | OLEG | **Birth Date:** | |
| **Middle Name:** | | | |
| **Last Name:** | BRYZZHEV | | |
| **Maternal Name:** | | | |
| **Issue Country:** | CANADA | | |
| **City Name:** | | **State/Province:** | |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | | **Registry Group:** | |
| **Proof of Admissibility:** | NO | **Proof of Citizenship:** | NO |
| **Proof of Residency:** | YES | **Proof Country:** | |
| **Document Name:** | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |

| | | | |
|---|---|---|---|
| **Type:** | Driver's License | **Document Number:** | |
| **Issue Date:** | | **Expiration Date:** | |
| **First Name:** | OLEG | **Birth Date:** | |
| **Middle Name:** | | | |
| **Last Name:** | BRYZZHEV | | |
| **Maternal Name:** | | | |
| **Issue Country:** | CANADA | | |
| **City Name:** | | **State/Province:** | BRITISH COLUMBIA |

| | | | | |
|---|---|---|---|---|
| **Province Name:** | | | **Visa Class Code:** | |
| **Alien Number:** | | | **Petition Date:** | |
| **AIS Programs:** | | | **Registry Group:** | |
| **Proof of Admissibility:** | NO | | **Proof of Citizenship:** | NO |
| **Proof of Residency:** | NO | | **Proof Country:** | |
| **Document Name:** | | | | |
| **Enhanced Drivers License:** | NO | | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | | **MRZ Certification:** | NO |

**Conveyance**                                                                        <u>Conveyance List</u>

---

**Request**                                                                                  <u>Request List</u>

---

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Initial Enrollment |
| **Request Date:** | 20 Aug 2020 | **Request Source:** | GOES 108586470 |
| **Request Reason:** | | **Request Status:** | Denied |
| **Enrollment POE:** | BLAINE ENROLLMENT CENTER | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

**RFID**                                                                                          <u>RFID List</u>

---

**Travel History**                                                                      <u>Travel History</u>

---

**APEC Card**

---

**Comment**

---

| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| (b)(6) (b)(7)(C) | 2023-11-03 | Biographic | OMBUDSMAN SUSTAINED. (b)(7)(E) (b)(7)(E) fails eligibility guidelines. |
| | 2023-06-06 | Biographic | (b)(7)(E) . Does not meet strict standards. Denied. |
| | 2023-06-05 | Biographic | Subject presented fantasy document to CBP during primary inspection at the POE on 6/2/23 |

(b)(7)(E)

| | 2023-06-04 | Biographic | Subject is inadmissible to the US, 6C. Referred to Nexus SCBPO for review. |
| (b)(6) (b)(7)(C) | 2023-06-02 | Biographic | Subject presented fraudulent world passport (World Government of World Citizens #358914), forwarded to supervisor for further review. subject has no previous crossing (b)(7)(E) |
| | 2021-07-16 | Biographic | (b)(7)(E)<br>Supervisory Ombudsman: No action Taken on reconsideration request. Application has been denied by the Canada Border Services Agency (CBSA). |
| | 2021-11-08 | Request | (b)(7)(E) |

## Attachment

| USER ID | ATTACHMENTS | FILE TYPE | ATTACHMENT TYPE | DESCRIPTION | DATE |
|---------|-------------|-----------|-----------------|-------------|------|
| (b)(6) (b)(7)(C) | 20230602.pdf | application/pdf | Biographic | Fantasy Document - World Passport | 2023-06-06 |

## CTTP Card

## Parent Information

**Father First Name:**

**Father Last Name:**

**Mother First Name:**

**Mother Last Name:**

## RAW                                                                    RAW List

| AIS Program: | NEXUS | Request Type: | Initial Enrollment |
|--------------|-------|---------------|--------------------|
| RAW Id: | (b)(7)(E) | Application Sequence ID: | 38984840 |

GLOBAL ENROLLMENT SYSTEM (GES)



Welcome | Search | Administration
Text Only

**Raw List**

Help
Logout

*Traveler Menu*
Summary
Request List

**PASSID:**          **Name:** BRYZZHEV, OLEG          **DOB:**
                     OLEGOVICH

**RAW ID**   **AIS Program**   **Request Type**   **Application Id**
(b)(7)(E)    NEXUS             Initial Enrollment   38984840

**(b)(7)(E)**

# Risk Assessment Worksheet

### Pass ID:157950249
**Program Type:** NEXUS | **Application ID:** 38984840 | **Application Type:** Initial Enrollment

## Person Data

**First Name:** OLEG          **Last Name:** BRYZZHEV   **DOB:**
OLEGOVICH                     **Gender:** M
**Citizenship:** RU           **Birth Country:** RU

## Findings

**(b)(7)(E)**

**(b)(7)(E)**                          | 2021-04-16T00:00:00-04:00

### *RISK ASSESSOR*

**Risk Assessor Comments (Internal):**          (b)(7)(E)
**(b)(7)(E)**

**Officer Recommendation:** PASS
**Date Vetted:** 2021-05-16
**Vetting Officer:** (b)(6) (b)(7)(C)

**Supporting Information (Internal):**

**Denial Reasons/Comments (Sent to Applicant):**

(b)(7)(E)    **Query Results**

(b)(7)(E)    (b)(7)(E)

(b)(7)(E)

(b)(7)(E)

# Name Variants, Query Results & Questions

### *APPLICANT NAME VARIANTS QUERIED (x2)*

BRYZZHEV, OLEG OLEGOVICH
BRYZZHEV, OLEG

(b)(7)(E)    (b)(7)(E)

(b)(7)(E)    (b)(7)(E)

(b)(7)(E)

(b)(7)(E)

# (b)(7)(E)

CBP-FO-2024-056178-000008



CBP-FO-2024-056178-000009

**IMPORTANT**
This document is valid in all countries, unless otherwise restricted. It is not transferable. It is for use solely by the person to whom it is issued. The person to whom it is issued must sign his or her name immediately upon receipt. This document is not valid unless it is signed.

*IMPORTANT*
*Ce document de voyage est valable, sauf indication contraire, pour tous les pays. Il n'est pas transférable et ne peut être utilisé que par la personne à laquelle il a été délivré. Il n'est valable que revêtu de la signature du titulaire qui est tenu de le signer dès réception.*

**IMPORTANTE**
El presente documento es válido para viajar por todos los países, salvo indicaciones contrarias. Es intransferible. Únicamente la persona para la cual ha sido expedido puede utilizarlo. El titular debe ser firmado al instante de recibirlo. Este documento no es válido sin la firma del titular.

**ВНИМАНИЕ**
Паспорт действителен для поездок во все страны, если нет особых противоуказаний. Он может быть использован только лицом, которому он выдан. Паспорт должен быть подписан владельцем при получении.

注意事項
絕不受限制. 持本证件前往各国一律有效. 本证不得转让只准本人使用. 收到本证后, 持证人须立即在本证签上自己的名子. 本证未经签署不生效.

GRAVA
Tiu-ĉi dokumento estas valida por ĉiuj landoj, se ne estas kontraŭe limigite. Ĉi ne estas transdonebla, rajtas uzi ĝin nur la persono je kies nomo ĝi estas farita. Ĉi estas valida nur se ĝi surhavas la subskribon de la posedanto, kiu devas subskribi ĝin tuj post ricevo.

This passport contains 30 pages
*Ce passeport contient 30 pages*
Este pasaporte contiene 30 páginas
Паспорт содержит 30 страниц
本证件共有三十页
Ĉi-tiu pasporto enhavas 30 paĝojn

Signature of bearer/*Signature du titulaire*/
Firma del titular/ Подпись владельца/

Subskribo de la posedanto

---

## WORLD GOVERNMENT OF WORLD CITIZENS

| Passport/*Passport* | Type/*Type* | Authority code/*Code d'autorité* | Passport No /*N° de passeport* (8) |
|---|---|---|---|
| | P | WSA | |



**Family Name**/*Nom de famille* (1)
Bryzzhev
**Given names**/*Prénoms* (2)
Oleg Olegovich
**Place of birth**/*Lieu de naissance* (3)
Saint-Petersburg, Russia
**Date of birth**/*Date de naissance* (4)

**Gender**/*Sexe* (5)
M
**Date of issue**/*Date de délivrance* (6)
01 Oct 2021
**Date of expiry**/*Date d'expiration* (7)
01 Oct 2031

**Explanatory notes**/*Notes explicatives*
PAGE 5
**Renewal**/*Prorogation* (9)
PAGE 3
**Authority**/*Autorité* (10)
WORLD SERVICE AUTHORITY
**Issued at**/*Fait à* (11)
WASHINGTON, DC

WORLD SERVICE AUTHORITY WORLD SERVICE AUTHORITY WORLD SERVICE AUTHORITY

P<WSABRYZZHEV<<OLEG<OLEGOVICH<<<<<<<<<<<<<<<
358914<<<4WSA6909163M3110016<<<<<<<<<<<<<02

CBP-FO-2024-056178-000010